THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS KEEHNER, Appellant

Beldock, P. J., Christ, Rabin, Benjamin and Nolan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS LAND, Appellant

Rabin, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TIMOTHY MURPHY, Appellant.

Christ, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.